United States Bankruptcy Court
For the Eastern District of Pennsylvania

In re:                                              :     Chapter 13
CHRISTOPHER BRUCE

Debtor(s)                                           :     Bankruptcy No.   0712157


Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List


AND NOW, this      day of              , 200_ upon consideration of the Motion to Dismiss filed by William C. Miller, Standing Trustee, this case is dismissed, and it is further ORDERED, that   CAROL B. MCCULLOUGH                counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

ORDERED, that any wage orders are hereby VACATED.

                                          _____
                                          Hon. Eric L. Frank
                                          Bankruptcy Judge

                                                                   8-28-07

William C. Miller, Trustee
P.O. Box 40119
Philadelphia PA 19106-0119


Counsel for Debtor(s)

CAROL B.  MCCULLOUGH
530 WEST STREET ROAD
SUITE 201
WARMINSTER   PA   18974



Debtor(s)

CHRISTOPHER   BRUCE

3200 WHITNEY COURT
BENSALEM   PA   19020